IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| JESSE MENDEZ, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 6:12-CV-873 |
| CHARLES O. MARSHALL | § | |
| Defendant. | § | |

## JURY VERDICT FORM

### QUESTION NO. 1

Do you find that Plaintiff Jesse Mendez proved by a preponderance of the evidence that Defendant Charles O. Marshall retaliated against him on June 26, 2012?

_____No_____ (answer "yes" or "no")

If you have answered "Yes" to Question No. 1, then answer Question No. 2. Otherwise, please go to the end of these questions and have the Foreperson sign in the space provided and date this Jury Verdict Form as the verdict of the Jury.

### QUESTION NO. 2

What sum of money should be awarded to Plaintiff Jesse Mendez as nominal damages for the violation of his right to be free from retaliation?

Answer in dollars and cents:

Answer: _____

If you awarded nominal damages in Question No. 2, then please answer Question No. 3. Otherwise, please go to the end of these questions and have the Foreperson sign in the space provided and date this Jury Verdict Form as the verdict of the Jury.

**QUESTION NO. 3**

Do you find that Plaintiff Jesse Mendez proved by a preponderance of the evidence that punitive damages should be assessed against Defendant Charles O. Marshall?

_____ (answer "yes" or "no")

Please answer Question No. 4 if you answered "Yes" to Question No. 3. Otherwise, please go to the end of these questions and have the Foreperson sign in the space provided and date this Jury Verdict Form as the verdict of the Jury.

**QUESTION NO. 4**

What sum of money, if any, do you award as punitive damages?

Answer in dollars and cents:

Answer: _____

After answering the Questions, have the Foreperson sign in the space provided and date this Jury Verdict Form as the verdict of the Jury.

JURY VERDICT VERIFICATION PAGE

We, the jury, verify that the answers to the above questions constitute our unanimous verdict in this case.

Dated: 2-25-14